No. D–2104. In re Disbarment of Ponzini. Robert J. Ponzini, of Tarrytown, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2105. In re Disbarment of Warren. Kenneth Xavier Warren, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 98M75. Morgan v. CMS/Data Corp. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [527 U. S. 1002] denied.